UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PATH AMERICA KINGCO LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 17-1485-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |

**ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS**

This matter is before the Court on the parties' stipulated motion to stay proceedings. Upon consideration of motion, and for good cause shown, the motion is hereby **GRANTED**, and this case is **STAYED**.

The parties are **ORDERED** to file a joint status report upon the Administrative Appeals Office's issuance of a new decision on Path America KingCo LLC's regional center designation, and no later than September 24, 2018.

**IT IS SO ORDERED.**

Dated: June 26, 2018

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE