UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PATH AMERICA KINGCO LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, et al.,<br><br>    Defendants. | Civil Action No. 17-1485-RSM<br><br>ORDER GRANTING STIPULATED<br>MOTION TO EXTEND STAY OF<br>PROCEEDINGS |

This matter is before the Court on the parties' stipulated motion to extend the stay of proceedings in this case. Upon consideration of motion, and for good cause shown, the motion is hereby **GRANTED**, and this stay in this case is **EXTENDED** until December 10, 2018.

The parties are **ORDERED** to file a joint status report upon the Administrative Appeals Office's issuance of a new decision on Path America KingCo LLC's regional center designation, and no later than December 10, 2018.

Dated: October 30, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Granting Stipulated Motion to Extend Stay of Proceedings
Civil Action No. 17-1485-RSM
*Path America KingCo LLC et al. v. DHS et al.*