UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PATH AMERICA KINGCO LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 17-1485-RSM<br><br>SCHEDULING ORDER AND LIFT OF STAY |

Scheduling Order and Lift of Stay
Civil Action No. 17-1485-RSM
*Path America KingCo LLC et al. v. DHS et al.*

This matter is before the Court on the parties' stipulated motion to lift the stay of proceedings and enter a scheduling order. Upon consideration of motion, and for good cause shown, the motion is hereby **GRANTED**. The stay in this case is hereby **LIFTED**, and the parties are **ORDERED** to comply with the following deadlines:

| | |
|---|---|
| Defendants' production of the updated administrative record: | January 9, 2019 |
| Plaintiffs' First Amended Complaint ("FAC"): | February 8, 2019 |
| Defendants' Answer to FAC: | March 11, 2019 |

**IT IS SO ORDERED.**

Dated: December 10, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Scheduling Order and Lift of Stay
Civil Action No. 17-1485-RSM
*Path America KingCo LLC et al. v. DHS et al.*