UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PATH AMERICA KINGCO LLC, et al., | Civil Action No. C17-1485RSM |
| Plaintiffs, | |
| v. | ORDER MODIFYING SCHEDULING ORDER |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

This matter is before the Court on the parties' stipulated motion to modify the scheduling order dated December 10, 2018 [ECF No. 37]. The Court GRANTS the motion, and amends the parties' deadlines as follows:

It is hereby ORDERED that Plaintiffs are to file the First Amended Complaint attached to the parties' stipulated motion no later than February 22, 2019. And it is FURTHER ORDERED that Defendants are to answer the First Amended Complaint no later than March 25, 2019.

Dated this 21st day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE