UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATH AMERICA KINGCO LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | CASE NO. C17-1485 RSM<br><br>ORDER GRANTING STIPULATED BRIEFING SCHEDULE |

This matter comes before the Court upon the parties' stipulation for exemption for Rule 26 initial disclosures and for entry of a proposed briefing schedule. Dkt. #47. For good cause shown, the Court finds and ORDERS that this stipulated motion is GRANTED. This case is exempt from the initial disclosure requirements of Fed. R. Civ. P. 26(a) and 26(f). The parties are directed to comply with the following deadlines:

Plaintiffs' motion for summary judgment: June 19, 2019

Defendants' opposition and cross-motion for summary judgment: July 26, 2019

Plaintiffs' cross-opposition and reply: August 29, 2019

Defendants' reply: September 30, 2019

The page limit for response briefs is extended to 24 pages.

Dated this 3rd day of May, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED BRIEFING SCHEDULE - 1