UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATH AMERICA KINGCO LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. C17-1485 RSM<br><br>ORDER REVISING SCHEDULING ORDER |

This cause comes before the Court upon the parties' stipulation to revise the scheduling order. For good cause shown, the Court ADOPTS the parties' revised briefing schedule:

| | |
|---|---|
| Defendants' opposition and cross-motion for summary judgment: | July 31, 2019 |
| Plaintiffs' cross-opposition and reply: | August 29, 2019 |
| Defendants' reply: | September 30, 2019 |

IT IS SO ORDERED this 25th day of July 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE